**Order entered May 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01469-CV

**CRESENCIO BASTIDA, Appellant**

**V.**

**ABEL'S MOBILE HOME SERVICE, INC., ET AL, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02287-06**

## ORDER

Before the Court is appellant's May 2, 2013 unopposed motion for a second extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed on or before June 5, 2013.

/s/    ELIZABETH LANG-MIERS
JUSTICE